AMERICAN FUR MANUFACTURERS ASSOCIATION, INC., and Others, Appellants, v. ASSOCIATED FUR COAT & TRIMMING MANUFACTURERS, INC., and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARILYN BARZMAN, an Infant, by RICHARD BARZMAN, Her Guardian ad Litem, and RICHARD BARZMAN, Appellants, v. JAMES L. CLARE, as Receiver of Premises Number 120 West 105th Street, in the Borough of Manhattan, City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon, and Untermyer, JJ.

In the Matter of the Application of GELKOM REALTY CORPORATION, Appellant, for an Order of Certiorari against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others, Defendants, Respondents, and YOUNG WOMEN's HEBREW ASSOCIATION, Defendant, Intervener, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM STEVENS, Appellant, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARLINE BENNETT SCHLEY, Appellant, v. HENRY S. SCHLEY, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ROSE ANN RICE, Respondent, v. THOMAS DAVENPORT, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WALTER J. McDONALD, JR., an Infant by WALTER A. McDONALD, as Guardian ad Litem, and WALTER A. McDONALD, Respondents, v. WIEHL BROS. BRASS FOUNDRY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLIFFORD LANG, Appellant, v. CELIA LANG, Respondent.— Order, so far as appealed from, unanimously reversed and the motion granted. (See Stevens v. Stevens, 273 N. Y. 157.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.